January 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE ANTONIO SEPEDA

NO. 14-14-00946-CV

_____

      Today the Court heard its own motion to dismiss the appeal from an order purportedly signed by the court below on June 13, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by appellant, Antonio Sepeda.

      We further order this decision certified below for observance.